IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH PERRONE,

    Defendant.                                                        Case No. 09-cr-30016-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Motion to Withdraw (Doc. 26). Defendant's attorney, Assistant Federal Public Defender Daniel G. Cronin, moves for leave to withdraw as attorney of record for defendant Joseph Perrone, stating that he recently has become aware that a conflict of interest exists which prohibits him from continuing to represent Defendant. Cronin requests that the Court appoint Defendant a new attorney from the Criminal Justice Panel for this District.

    For good cause, the Motion to Withdraw (Doc. 26) is **GRANTED**. Assistant Federal Public Defender Daniel G. Cronin is hereby terminated as representative counsel for defendant Joseph Perrone. Accordingly, the Court hereby **APPOINTS** attorney **David M. Williams** from the Law Office of David M. Williams,

Fairfield, Illinois, as CJA counsel, to represent Defendant in this matter. Lastly, the Court hereby finds Defendant's *pro se* Motion to Withdraw Counsel (Doc. 27) as **MOOT**.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**