IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH PERRONE,

    Defendant.                                 Case No. 09-cr-30016-DRH

**ORDER**

**HERNDON, Chief Judge:**

    Before the Court is a Motion to Withdraw as Counsel and for Other Relief (Doc. 48). Defendant's CJA-appointed attorney, David M. Williams, moves for leave to withdraw as attorney of record for defendant Joseph Perrone, as he was recently appointed as State's Attorney for Wayne County, Illinois and therefore can no longer maintain a private practice or otherwise serve as defense counsel for any defendant. Therefore, due to this unavoidable conflict of interest, he asks that another attorney be appointed to represent Defendant. In addition, he asks that the Court consider a continuance of Defendant's January 15, 2010 sentencing in order to allow the new counsel sufficient time to prepare.

    For good cause, the Motion to Withdraw as Counsel and for Other Relief (Doc. 48) is **GRANTED IN PART AND DENIED IN PART**. David M. Williams is

hereby terminated as representative counsel for defendant Joseph Perrone. Accordingly, the Court hereby **APPOINTS** attorney **Frederick J. Hess** of Lewis, Rice & Fingersh, L.C. in Belleville, Illinois, as CJA counsel, to represent Defendant in this matter. However, at this time, the Court denies the request to continue Defendant's January 15, 2010 sentencing date. Should Mr. Hess find he needs additional time to prepare, he may subsequently file a motion to continue sentencing.

**IT IS SO ORDERED.**

Signed this 22nd day of November, 2009.

/s/   DavidRHerndon

**Chief Judge**
**United States District Court**